**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GREEN                           v. HARRISON                        No. 05-1485-L(LSP)

HON. LEO S. PAPAS       CT. DEPUTY TRISH LOPEZ           Rptr.

Attorneys

    Plaintiffs                                              Defendants

Joint Motions to
1. Accept Late Filing of Declaration
2. Extend Time to File Psychological Report
3. Re-Set Date for Status Hearing
(Doc. #73)are GRANTED.

The Status Conference set for July 26, 2007 at 8:30 AM is vacated and reset for August 30, 2007 at 8:30 AM.

On or before August 9, 2007, Petitioner's expert witness shall file a report regarding his review of Petitioner's medical records.

DATED: June 11, 2007

                                                  Hon. Leo S. Papas
                                                U.S. Magistrate Judge