FILED

07 JUN 13 AM 10: 27

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LEO S. PAPAS)

| | |
|---|---|
| DENAIL SHANE GREEN,<br><br>   Petitioner,<br><br>vs.<br><br>CHARLES M. HARRISON, Warden,<br><br>   Respondent. | CASE NO. 05CV1485-L (LSP)<br><br><br>**O R D E R** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that extraordinary expenses not to exceed a total of $2400.00 be authorized for payment to Dr. Hy Malinek in the above-captioned case for the completion of a Psychological Report, upon submission of a properly documented CJA-21 Voucher for Expert Services. This order is separate and distinct from the Order dated September 15, 2005, authorizing payment of $2500.00 to Dr. Malinek for the preparation of a Competency Evaluation of the Petitioner.

//

//

Chambers
Counsel

77 -MJJ

05CV1485

1  IT IS FURTHER ORDERED that the Ex-Parte Application and Declaration
2  of Defense Counsel be sealed.

IT IS SO ORDERED:

DATED: 6/12/07

HONORABLE LEO S. PAPAS
UNITED STATES DISTRICT COURT